

FILED

NOV 16 2012

Clerk, U.S District Court
District Of Montana
Butte

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| CARLOS KIDD,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>SHERRIE KITTO and CHRIS ALSTRIN,<br><br>　　　　　　　Defendants. | No. CV-12-61-BU-SEH<br><br>ORDER |

On October 16, 2012, United States Magistrate Judge Keith Strong entered his Findings and Recommendations[1] in this matter. Plaintiff is not entitled to a ten-day period to object to the Findings and Recommendation. <u>Minetti v. Port of Seattle</u>, 152 F.3d 1113, 1114 (9th Cir. 1998). However, this Court will review Judge Strong's Findings and Recommendation for clear error.

---

[1] Document No. 3.

Upon review, I find no clear error in Judge Strong's Findings and Recommendations and adopt them in full.

ORDERED:

1. Plaintiff's Application to Proceed *In Forma Pauperis*[2] is DENIED.

2. The Clerk of Court shall close the file and enter judgment accordingly.

DATED this 16th day of November, 2012.

SAM E. HADDON
United States District Judge

---

[2] Document No. 1.