

FILED

NOV 16 2012

Clerk, U.S District Court
District Of Montana
Butte

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| CARLOS KIDD,<br><br>                            Plaintiff,<br><br>vs.<br><br>SHERRIE KITTO and CHRIS ALSTRIN,<br><br>                            Defendants. | No. CV-12-61-BU-SEH<br><br>ORDER |

On October 16, 2012, United States Magistrate Judge Keith Strong entered his Findings and Recommendations[1] in this matter. Plaintiff is not entitled to a ten-day period to object to the Findings and Recommendation. Minetti v. Port of Seattle, 152 F.3d 1113, 1114 (9th Cir. 1998). However, this Court will review Judge Strong's Findings and Recommendation for clear error.

---

[1] Document No. 3.

Upon review, I find no clear error in Judge Strong's Findings and Recommendations and adopt them in full.

ORDERED:

1. Plaintiff's Application to Proceed *In Forma Pauperis*[2] is DENIED.

2. The Clerk of Court shall close the file and enter judgment accordingly.

DATED this 16th day of November, 2012.

SAM E. HADDON
United States District Judge

---

[2] Document No. 1.